**No. 42748.**—Protest 955924–G of Butler Bros. (New York).

Opinion by DALLINGER, J.   There was testimony that similar articles were used to decorate Christmas trees but the evidence was held insufficient to warrant sustaining the claim that they are household utensils under paragraph 339.   The protest was therefore overruled.

**No. 42749.**—Protest 968637–G of M. Pressner & Co. (New York).

Opinion by DALLINGER, J.   On the record presented the banks in question which are used for containing and saving dimes were held dutiable as hollow ware. at 40 percent under paragraph 339 as claimed.

**No. 42750.**—Protest 937104–G of New York Merchandise Co., Inc. (New York).

Opinion by DALLINGER, J.   It was stipulated that the merchandise consists of marcel irons similar to those the subject of Abstract 38680.   The claim at 40 percent under paragraph 339 was therefore sustained.

**No. 42751.**—Protest 948714–G of Swiger, King & Chambers (Boston).

Opinion by DALLINGER, J.   On the record presented the protest was dismissed. Abstract 15400 followed.

**No. 42752.**—Protests 653153–G, etc., of Associated Merchandising Corp. et al. (New York).

Opinion by DALLINGER, J.   Following the.authorities cited in Abstract 15400 the court dismissed the protests.

**No. 42753.**—Protests 797159–G, etc., of Manealoff & Co., Inc., et al. (Philadelphia, etc.).

Opinion by DALLINGER, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE THIRD DIVISION, DECEMBER 4, 1939

**No. 42754.**—Protest 987387–G of Arthur Serra & Co. (New York).

Opinion by CLINE, J.   There was no appearance on the part of the plaintiffs when the case was called for trial.   On the record presented the protest was overruled.